# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STAHR D. ASHURST, *et al.*, | |
| Plaintiffs, | |
| vs. | Case No. 4:13-cv-00803-ODS |
| JP MORGAN RETIREMENT PLAN SERVICES, LLC, *et al.*, | **SUPPLEMENT TO NOTICE OF REMOVAL** |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

On August 15, 2013, Defendants[1] removed *Stahr D. Ashurst, et al. v. J.P. Morgan Retirement Plan Services, LLC, et al.*, Case No. 1216-CV23784 ("*Ashurst*") and *Kimberly Adams, et al. v. J.P. Morgan Retirement Plan Services, LLC, at al.*, Case No. 1216-CV25270 ("*Adams*") (collectively the "Lawsuit"), from the Circuit Court of Jackson County, Missouri, Sixteenth Judicial Circuit, to this Court pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. Defendants submit this supplement in order to provide the Court with a complete copy of the *Ashurst* case file from the Circuit Court of Jackson County, Missouri.

---

[1] Defendants are J.P. Morgan Retirement Plan Services, LLC, JP Morgan Chase & Co., J.P. Morgan Investment Management, Inc., J.P. Morgan Invest Holdings, LLC, David Embry, Jennifer Mendicki O'Neill, and James E. Staley.

Dated: August 16, 2013

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Joe Rebein
    Joe Rebein (Mo. Bar No. 35071)
    Kay C. Whittaker (Mo. Bar No. 44328)
    2555 Grand Blvd.
    Kansas City, MO 64108
    Tel. 816.559.2227
    Fax 816.421.5547
    jrebein@shb.com
    cwhittaker@shb.com

MORGAN, LEWIS & BOCKIUS LLP

    Gregory C. Braden
    1111 Pennsylvania Avenue, NW
    Washington, D.C. 20004
    Tel. 202.739.5217
    Fax 202.739.3001
    gbraden@morganlewis.com

    Azeez Hayne
    1701 Market Street
    Philadelphia, PA 19103
    Tel. 215.963.5426
    Fax 215.963.5001
    ahayne@morganlewis.com

*Attorneys for Defendants*