IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STAHR ASHURST, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-00803-BP |
| ) | |
| J.P. MORGAN RETIREMENT PLAN ) | |
| SERVICES, LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' CORRECTED COPY OF
## SECOND AMENDED PETITION/COMPLAINT

Plaintiffs' proposed Second Amended Petition/Complaint that was presented as Exhibit A to the Plaintiffs' Motion for Leave to File Second Amended Petition/Complaint, filed on August 25, 2014, contained minor typographical errors that both parties agreed should be corrected. Attached as Exhibit A, is the corrected, proposed Second Amended Petition/Complaint, which replaces Exhibit A to the August 25, 2014 filing.

Dated: August 27, 2014         ROUSE HENDRICKS GERMAN MAY PC

                               By:     /s/ Randall E. Hendricks
                                  Randall E. Hendricks    MO Bar #: 24832
                                  Lawrence A. Rouse       MO Bar #: 25064
                                  1201 Walnut, Suite 2000
                                  Kansas City, MO  64106
                                  Tele:  (816) 471-7700
                                  Email: RandyH@rhgm.com
                                  Email: LarryR@rhgm.com

                                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 27th day of August, 2014 the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Randall E. Hendricks
Attorney for Plaintiffs